UNITED STATES DISTRICT COURT
District of Maine

| | |
|---|---|
| **KAREN DEJOE,** | ) |
| | ) |
|     **Plaintiff** | ) |
| | ) |
| v. | )     Civil No. 07-109-P-S |
| | ) |
| **UNUM LIFE INSURANCE COMPANY** | ) |
| **OF AMERICA,** | ) |
| | ) |
|     **Defendant** | ) |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed with the Court on July 28, 2008, his Recommended Decision (Docket No. 32).  Defendant filed his Objection to the Recommended Decision (Docket No. 33) on August 7, 2008.  Plaintiff filed her Response to Defendant's Objection to the Recommended Decision (Docket No. 34) on August 25, 2008.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a <u>de novo</u> determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision, and determine that no further proceeding is necessary.

    1.    It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **AFFIRMED**.

    2.    It is hereby **ORDERED** that Defendant's Motion for Summary Judgment (Docket No. 15) is **DENIED**.

    3.       It is hereby **ORDERED** that Plaintiff's Motion for Summary Judgment (Docket No. 22) is **GRANTED**.

                                      /s/George Z. Singal_____
                                      Chief U.S. District Judge

Dated: August 27, 2008